

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MANUEL CARRASCO-FLORES AKA | | No. 08-13-00232-CR |
| NELSON FLORES-CARRASCO, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | 362nd District Court |
| v. | § | |
| | | of Denton County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC # F-2012-2661-D) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the trial court and remand the cause for new trial, in accordance with the opinion of this Court, and that this decision be certified below for observation.

IT IS SO ORDERED THIS 14TH DAY OF MAY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.